IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

----------------------------------------------------- :
JO ANN SHESTINA : CASE NO. 1:04 CV 1184
:
                   Plaintiff :
:
      -vs- : <u>JUDGMENT ENTRY</u>
:
:
HARTFORD LIFE AND ACCIDENT :
INSURANCE COMPANY :
:
                 Defendant
-----------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

     The Court, having contemporaneously entered its order adopting the report and recommendation of the Magistrate Judge, granting defendant Hartford Life and Accident Insurance Company's ("Hartford") motion for judgment, and denying plaintiff Jo Ann Shestina's motion, hereby enters judgment in favor of Hartford and dismisses Ms. Shestina's complaint with prejudice.

     IT IS SO ORDERED.

                                                      /s/ Lesley Wells
                                          UNITED STATES DISTRICT JUDGE